UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JARED J. BAILEY,

          Petitioner,

   v.

THURSTON COUNTY, *et al.*,

          Respondents.

CASE NO. 3:22-cv-05972-RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge Grady J. Leupold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    Petitioner's federal habeas petition is dismissed without prejudice.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send a copy of this Order to Petitioner and Judge Leupold.

**DATED** this 26th day of June, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge